Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken_rosenstein@law.state.ak.us

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EDWARD Y. GARDNER, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FRANK LUNA, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:06-cv-259-RRB-JDR <br><br> MOTION FOR LEAVE TO LODGE DOCUMENTS |

The respondent has filed a motion to dismiss all but one of the claims Gardner has asserted in his amended petition for writ of habeas corpus. The motion is based on his failure to exhaust his state court remedies.

The unreported 2000 decision by the Alaska Court of Appeals in Gardner's direct appeal and his two petitions for hearing filed in the Alaska Supreme Court, one in his direct appeal and the other in his postconviction relief case, provide crucial support for the respondent's argument that Gardner has

not exhausted his state court remedies.  Therefore, the respondent seeks leave to lodge those documents with the court.

 DATED this 14th day of May, 2007.

       TALIS J. COLBERG
       ATTORNEY GENERAL

       s/ Kenneth M. Rosenstein
        Assistant Attorney General
        Office of Special Prosecutions and Appeals
        310 K St., Suite 308
        Anchorage, Alaska 99501
        Telephone: (907) 269-6250
        Facsimile: (907) 269-6270
        e-mail: ken_rosenstein@law.state.ak.us
        Alaska Bar No. 7605051

    **Certificate of Service**

I certify that on , a copy of the foregoing **Motion for Leave to Lodge Documents** was served electronically on **G. Blair McCune**

 s/ **Kenneth M. Rosenstein**