IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EDWARD Y. GARDNER,<br><br>　　　　Petitioner,<br><br>vs.<br><br>FRANK LUNA,<br><br>　　　　Respondent. | Case No. 3:06-cv-0259-RRB-JDR<br><br>**ORDER RE MOTION TO DISMISS** |

　　　　Before the Court, at Docket 16, is Respondent's Motion to Dismiss the Amended Petition for Writ of Habeas Corpus at Docket 13. For the reasons carefully articulated by the United States Magistrate Judge at Dockets 39 and 42, which are incorporated herein, Respondent's Motion to Dismiss is hereby **GRANTED** as to Petitioner's confrontation clause claim and his due process of law claim but **DENIED** as to Petitioner's Sixth Amendment ineffective assistance of counsel claim.

　　　　ENTERED this 26th day of November, 2007.

　　　　　　　　　　　　S/RALPH R. BEISTLINE
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE