Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EDWARD Y. GARDNER,              )<br>                                 )<br>            Petitioner,           )<br>                                 )<br>     v.                          )<br>                                 )<br>FRANK LUNA,                      )<br>                                 )<br>            Respondent.          )<br>_____  ) | Case No. 3:06-cv-00259-RRB-JDR |

**OPPOSITION TO RESPONDENT'S ORAL MOTION
FOR CASE TO MOVE FORWARD ON PROCEDURAL ASPECTS**

COMES NOW petitioner Edward Y. Gardner by and through his attorney of record Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files this Opposition to Respondent's Oral Motion for Case to Move Forward on Procedural Aspects.

As this court will recall, a status conference was held on or about May 3, 2010. At that time, Respondent orally requested of the court that the matter move forward on procedural aspects. Petitioner Edward Gardner has been allowed until Friday, June 4, 2010, in which to file his response. Petitioner opposes moving forward on procedural grounds as to the claims that have not been stayed. As this court is further aware, Petitioner is

attempting to exhaust his confrontation in due process claims. An Alaskan attorney has now been appointed through the Public Defender Agency, Ms. Whitney Glover, to represent Mr. Edward Gardner. Mr. Gardner's prior counsel, Mr. McCune, filed a Motion to Stay to allow Mr. Gardner to attempt to exhaust all of the unexhausted claims in Alaska State Court. This court granted the motion, and has set multiple dates for status reports to be filed by Petitioner. Reports have been filed to date.

Now that Mr. Gardner has an attorney appointed to represent him, so as to attempt to exhaust all of his unexhausted claims in the Alaska State Court System, undersigned counsel is opposed to moving forward on the exhausted claims on procedural grounds, as it will piecemeal the matter together. Counsel for Petitioner believes it best that all of this be done at one time so as not to have to brief matters several times. It would be more efficient to do all of it at once. It is believed that Mr. Gardner's matters will be addressed in short order, and will allow the parties then to address all of the matters on procedural aspects.

It is requested that the court deny Respondent's oral request to proceed on procedural grounds, that the matter continue to be stayed, and once the State of Alaska matters are resolved, that the matter be brought back before the court, and

deadlines scheduled for briefing. A proposed order is attached hereto.

DATED at Anchorage, Alaska, this 3rd day of June 2010.

LAW OFFICES OF LANCE C. WELLS, P.C.

By: _/s/ Lance C. Wells_____

Attorneys for Petitioner,
Edward Y. Gardner
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
June 3, 2010, a copy
of the foregoing was served
electronically:

Kenneth M. Rosenstein, OSPA

 /s/ Lance C. Wells